O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE MUNDONGO MANUNGA,<br><br>        Plaintiff,<br><br>vs.<br><br>LOUIS (ICE OFFICER),<br><br>        Defendant. | CASE NO. CV 14-9093 AG (RZ)<br><br>ORDER RE SERVICE OF SUMMONS AND COMPLAINT BY UNITED STATES MARSHAL |

      The United States Marshal has been ordered to serve the Summons and Complaint as indicated on the Order Directing Service of Process by the United States Marshal.

      IT IS FURTHER ORDERED that Plaintiff must <u>serve</u> upon Defendants or, if appearance has been entered by counsel, upon their attorneys, a copy of every future pleading or other document submitted for consideration by the Court.  Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date that a true and correct copy of the paper was mailed to Defendants or their counsel. Any paper received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a certificate of service may be disregarded by the Court.

      All parties, including parties proceeding pro se, must comply with Federal Rules of Civil Procedure, the Local Rules of Practice for United States District Court, Central District of California and Court orders. A failure to do so may result in the imposition of sanctions including, but not limited to, monetary sanctions, striking a pleading and dismissal of an action.

DATED: 12/29/14

                                            _____
                                            RALPH ZAREFSKY
                                        UNITED STATES MAGISTRATE JUDGE