1  STEVEN J. ROTHANS – State Bar No. 106579
   JILL WILLIAMS – State Bar No. 221793
2  SCOTT J. CARPENTER – State Bar No. 253339
   CARPENTER, ROTHANS & DUMONT
3  888 S. Figueroa Street, Suite 1960
   Los Angeles, CA  90017
4  (213) 228-0400 / (213) 228-0401 [Fax]
   srothans@crdlaw.com / jwilliams@crdlaw.com / scarpenter@crdlaw.com
5
   Attorneys for Defendants,
6  Correctional Officer Monica Graves and
   Supervisor Mary Hernandez, public employees
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE MUNDONGO MANUNGA.<br><br>　　　　Plaintiff,<br>　　vs.<br><br>Immigration and Customs Enforcement,<br>OFFICER LOUIS, individually;<br>Immigration and Customs Enforcement<br>OFFICER GUTIEREZ, individually;<br>Immigration and Customs Enforcement<br>SUPERVISOR RIVERA, individually;<br>Immigration and Customs Enforcement<br>NURSE DOE "1", individually; CITY<br>OF SANTA ANA; Santa Ana Police<br>OFFICER GRAVES; Santa Ana Police<br>SUPERVISOR HERNANDEZ,<br>individually; Santa Ana Police<br>SUPERVISOR DOE "2". Individually'<br>and DOES 3 through 10,<br>　　　　Defendants. | Case No.: CV14-09093 AG (RZx)<br><br>[Proposed] Judgment<br><br><br><br><br><br><br><br><br><br>Hon. Andrew J. Guilford<br>U.S. District Judge |

The Motion to Dismiss Plaintiff's Fourth Amended Complaint filed by Defendants Correctional Officer Monica Graves and Supervisor Mary Hernandez, public employees, ("Defendants") came on for hearing on July 25, 2016 at 10:00 a.m. in Courtroom 10D of the United States District Court for the Central District of California, the Honorable Andrew J. Guilford, Judge Presiding.

- 1 -
[Proposed] JUDGMENT

1   After reviewing the moving and opposing papers, as well as the evidence
2   presented in support of and in opposition to the motion, the matter have been duly
3   considered, the issues having been duly heard, and a decision having been duly
4   rendered, ~for Defendants

5   IT IS HEREBY ~~ORDERED AND~~ ADJUDGED that ~~the Motion to Dismiss~~ Judgment is entered in favor of
6   ~~Plaintiff's Fourth Amended Complaint filed by~~ Defendants Correctional Officer
7   Monica Graves and Supervisor Mary Hernandez, public employees ~~is GRANTED,~~ and against Plaintiff Jeanne Mundongo Manunga.
8   ~~without leave to amend and Plaintiff shall take nothing from defendant. There~~
9   ~~being no just reason for delay, this action as to Defendants Correctional Officer~~
10  ~~Monica Graves and Supervisor Mary Hernandez is dismissed on the merits as set~~
11  ~~forth in the Court's July 25, 2016, Order which is attached as "Exhibit A."~~
12  Defendants Correctional Officer Monica Graves and Supervisor Mary Hernandez
13  shall recover their costs ~~x~~ in the amount of $ _____.

16  DATED: AUGUST 4, 2016

    HON. ANDREW J. GUILFORD
    U.S. DISTRICT COURT JUDGE