JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| JEANNE MUNDONGO MANUNGA, | Case No. CV 14-9093 AG (KESx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOUISE OTHER JOE DOE ET AL., | |
| Defendants. | |

The Court enters Judgment in favor of Defendants and against Plaintiff.

Dated September 12, 2016

_____

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT